# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-20486

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2015

Lyle W. Cayce
Clerk

LATISHA STATEN; ROBERT STATEN,

Plaintiffs - Appellants

v.

LEX SPECIAL ASSETS, L.L.C.; LASALLE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED; PAMI, L.L.C.; ROOSEVELT DEPOSITOR, L.L.C.; ROOSEVELT MANAGEMENT COMPANY, L.L.C.; SPECIALIZED LOAN SERVICING, L.L.C.; U.S. BANK, N.A.; ROOSEVELT MORTGAGE ACQUISITION COMPANY,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3406

Before JOLLY, HIGGINSON and COSTA, Circuit Judges.

PER CURIAM:*

Plaintiffs Latisha and Robert Staten sued the above named defendants based on the foreclosure sale of their property. The district court granted the defendants' motions to dismiss the Statens' complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-20486

This case is now before us on appeal. We have reviewed carefully the complaint and incorporated attachments. We have considered the parties' briefs. We find no reversible error in the proceedings before the district court, and, consequently, the judgment of the district court is AFFIRMED in all respects. *See* 5th Cir. R. 47.6.